MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEVEN WELCH,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-02558-CKD<br><br>STIPULATION AND ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

The parties stipulate that, subject to the approval of the Court, this action shall be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.  Upon remand, the administrative law judge (ALJ) will reassess Plaintiff's subjective statements about symptoms and reevaluate Plaintiff's residual functional capacity.  The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

DATE: June 10, 2020

Respectfully submitted,

*s/ Markus R. Urstoeger*
MARKUS R. URSTOEGER
Kelly, Duarte, Urstoeger & Ruble, LLP
Attorney for Plaintiff
(as authorized by email)

DATE: June 10, 2020

MCGREGOR W. SCOTT
United States Attorney

By   *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 11, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE